**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6480**

_____

JELANI HUSANI SIMBA,

                    Plaintiff - Appellant,

          v.

GEORGE KENWORTHY; RONALD SURLES; PAUL TAYLOR; BOYD BENNETT;
NORTH CAROLINA DEPARTMENT OF CORRECTION; JAMES EVANS; THEODIS
BECK,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan, Chief
District Judge.  (5:07-ct-03004-FL)

_____

Submitted:  July 31, 2008          Decided:  August 8, 2008

_____

Before NIEMEYER and TRAXLER,* Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jelani Husani Simba, Appellant Pro Se.  James Philip Allen,
Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE,
Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

_____

          *The opinion is filed by a quorum pursuant to 28 U.S.C.
§ 46(d) (2000).

PER CURIAM:

Jelani Husani Simba appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Simba v. Kenworthy</u>, No. 5:07-ct-03004-FL (E.D.N.C. March 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>